ACCEPTED
03-14-00407-CR
6132778
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 11:21:39 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00407-CR

| | | |
|---|---|---|
| **JERRYL ROBINSON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 11:21:39 AM
JEFFREY D. KYLE
Clerk

### LETTER OF ADDITIONAL AUTHORITIES

**TO THE CLERK OF THE THIRD COURT OF APPEALS:**

On July 20, 2015, the above-captioned cause was submitted to the Court on briefs. Since submitting its brief, counsel for the State has discovered two additional authorities which may be of some use to the Court. They are as follows:

1. This citation may be relevant to footnote three on page 11 of the State's Brief: *Martinez v. State*, 826 S.W.2d 620 (Tex. Crim. App. 1992) ("We granted applicant's petition for discretionary review wherein he contends the State violated art. 17.151 by charging applicant with aggravated robbery, thereby effectively preventing his release from jail. Applicant has been convicted of the underlying offense and is no longer subject to pre-trial confinement. Therefore, applicant's petition is moot and we will not address the merits of his petition.").

2. This citation may be relevant to page 14 of the State's Brief: *Schroeder v. State*, 307 S.W.3d 578, 580 (Tex. App.—Beaumont 2010, pet. ref'd) ("In this case, Schroeder did not obtain a ruling on his motion to dismiss before the grand jury returned its indictment. Therefore, when the trial court ruled on Schroeder's motion, and because the grand jury had at that point returned an indictment, the

1

trial court was no longer required to release Schroeder from custody. *See Ex parte Countryman,* 226 S.W.3d 435, 436–39 (Tex. Crim. App. 2007)").

Please ensure said citations are brought to the attention of the Court, and thank you for your assistance.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** - SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

**<u>CERTIFICATE OF SERVICE</u>**

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Letter of Additional Authorities* has been sent to Appellant JERRYL ROBINSON's attorney of record in this matter:

Marilee Hazel Brown
marilee@hazelbrownlaw.com
Hazel Brown Wright Reneau, PLLC
391 Landa Street
New Braunfels, TX  78130
*Attorney for Appellant on Appeal*

By electronic service to the above email address through efile.txcourts.gov this 20th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**
